UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

FRANK SENIOR, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

          Plaintiffs,

          v.

SIMON QUICK ADVISORS, LLC,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:22-cv-7387

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), FRANK SENIOR, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, SIMON QUICK ADVISORS, LLC, with prejudice and without fees and costs.

Dated: New York, New York
       November 17, 2022

                                            **GOTTLIEB & ASSOCIATES**

                                            */s/Michael A. LaBollita, Esq.*

                                            Michael A. LaBollita, Esq., (ML-9985)
                                            150 East 18th Street, Suite PHR
                                            New York, NY 10003
                                            Phone: (212) 228-9795
                                            Fax: (212) 982-6284
                                            Michael@Gottlieb.legal

                                            *Attorneys for Plaintiffs*

SO ORDERED:

*[signature: Vernon Broderick]*

United States District Court Judge
11/18/2022